STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ENRICO A. LICCIARDELLO, DEFENDANT-PETITIONER.

See same case below: 107 *N. J. Super.* 357.

*Messrs. Piarulli & Vittori* for the petitioner.

*Mr. Alvin E. Granite* and *Mr. Albert J. Zamal* for the respondent.

December 9, 1969. Denied.

AMERICAN B. D. COMPANY, PLAINTIFF-RESPONDENT, v. HOUSE OF SEAGRAMS, INC., t/a BROWNE-VINTERS COMPANY, DEFENDANT-PETITIONER.

NATIONAL WINE & LIQUOR CO., PLAINTIFF-RESPONDENT, HOUSE OF SEAGRAMS, INC., t/a BROWNE-VINTNERS COMPANY, DEFENDANT-PETITIONER.

See same case below: 107 *N. J. Super.* 264.

*Messrs. Hellring, Lindeman & Landau* and *Mr. Stephen H. Roth* for the petitioner.

*Messrs. Harrison, Jacobs, Maskaleris* and *Coburn, Mr. Arthur J. Sills,* and *Mr. Joseph P. Schiappa* for the respondent.

December 16, 1969. Granted.